AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America | District of Columbia |

v.

Brandon James Miller
DOB: XX/XX/XXXX

Stephanie Danielle Miller
DOB: XX/XX/XXXX

*Defendant(s)*

)
)
)
)
)
)
)
)

Case: 1:21–mj–00293
Assigned To : Harvey, G. Michael
Assign. Date : 3/9/2021
Description: Complaint w/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, | |
| 40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

P. Andrew Gragan, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___03/09/2021___

*Judge's signature*

City and state: ___Washington, D.C.___

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*