AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America |   |
|---|---|
| v. | Case: 1:21-mj-00293 |
| Brandon James Miller | Assigned To : Harvey, G. Michael |
|  | Assign. Date : 3/9/2021 |
|  | Description: Complaint w/ Arrest Warrant |
| _Defendant_ |   |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Brandon James Miller    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    03/09/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.09 15:02:41 -05'00'

_Issuing officer's signature_

City and state:    Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 3/9/2021, and the person was arrested on _(date)_ 3/12/2021
at _(city and state)_ Bradford, OH.

Date: 3/12/2021

_Arresting officer's signature_

Patrick Coragan, FBI Special Agent
_Printed name and title_