United States District Court for the District of Columbia

**United States of America**          \*

    **v.**          \*          **No. 1:21-MJ-293-GMH-1**

**Miller, et al.**          \*
    **[Brandon James Miller]**

## Notice of Appearance

Please enter the appearance of William L. Welch, III as counsel for defendant Brandon James Miller in this matter.

1. I am admitted to practice in this Court.

2. My appearance is pursuant to a Criminal Justice Act appointment. 18 U.S.C. § 3006A(b).

/s/ *William L. Welch, III*

William L. Welch, III
D.C. Bar No. 447886
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Brandon James Miller
(Appointed by this Court)

**Certificate of Service**

I hereby certify that on this 18th day of March, 2021 a copy of the foregoing Notice of Appearance was delivered electronically to Clayton Henry O'Connor (Clayton.Oconnor@usdoj.gov), U.S. Department of Justice, Human Rights and Special Prosecutions Section, 1301 New York Ave NW, Suite 1200, Washington, DC 20530.

/s/ *William L. Welch,* III
_____
William L. Welch, III