DEAR YOUR HONOR

MY NAME IS MARK NISONGER & I AM THE FATHER IN LAW OF BRANDON MILLER WHICH IS MARRIED TO MY DAUGHTER STEPHANIE !! BRANDON HAS IN MY VEIW ALWAYS BEEN A VERY RESPECTABLE AND GOOD YOUNG MAN !! IF HE WASN'T BELIEVE ME !!! I WOULD TELL YOU CAUSE HE'S MARRIED TO MY LITTLE GIRL !! HA HA! I'VE HAD A GOOD WORKING RELATIONSHIP WITH HIM OVER THE YEARS NOT TO MEN∋TION ALL THE HOLIDAYS & FAMILY GATHERINGS WE HAVE SPENT TOGETHER !! BRANDON ALSO LOVES THIS COUNTRY AS MUCH AS I DO & I DON'T BELEIVE HE WOULD DO ANYTHING TO DISHONOR AMERICA !! SOMETIMES WE (MYSELF INCLUDED) MAKE A CHOICE THAT WILL AFFECT US MORE THAN WE REALIZE UNTIL AFTER IT'S OVER & DONE WITH AS MOST PEOPLE DO EVERYONCE IN A WHILE IN LIFE !! BUT JUST AS MY DAUGHTERS CASE BRANDON ALSO HAS AN UNCANNY ABILITY TO LEARN GREAT LESSONS

FROM HIS MISTAKES!! IN CLOSING
PLEASE GO EASY ON BRANDON
JUST THE SAME AS I ASK FOR
MY DAUGHTER!!

THANK YOU

SINCERLY

| | |
|---|---|
| Subject | **Fwd: Letter** |
| From | Brandon Miller |
| To | wlw wwelchattorney.com |
| Sent | Friday, October 8, 2021 9:04 AM |

---------- Forwarded message ---------
From: **julie smith** <████████████@gmail.com>
Date: Fri, Sep 17, 2021 at 7:50 PM
Subject: Letter
To: <████████@gmail.com>


Dear Your Honor,

        I'm Julie Smith, Brandon Miller is my son in law. I am very happy he is in our family he is a very good hearted, hardworking person. He has always helped anyone that needs it and he has taken care of my grandson since he was a year old. He has been in our family for 12 years and we love him very much.

                  Thank you
                   Julie Smith

Sent from my iPhone

On Wednesday, September 15, 2021, 11:03:00 PM EDT, Janet Miller <███████@yahoo.com> wrote:

Dear Your Honor,

I am Brandon Miller's mother.  My relationship with my son is strong!  I know Brandon has a heart of gold and is very passionate about what he believes in, whether anyone agrees with him or not.  I believe we all should have passion and express ourselves to do the right thing.  Although we are not all on the same page all the time, we still should have a level of respect for all of our differences.  He may not always agree with his family and friends but he does respect their differences.  Brandon was raised with the good morals and values and to be open minded and respectful to others.

I believe Brandon, is a good and honorable man and has a great relationship with everyone he encounters. He is not perfect by any means but he is honest and loyal to family and friends, that is a quality I admire in him!  Although I am not proud of the events that took place on Jan 6th, I stand behind my son 100% and believe he didn't go to the capital to engage in any type of violence, He is not a violent person but a kind and giving man.

I pray that given the circumstances you find him to be everything I describe above.

Thank you for your time, Your Honor!

Sincerely,

Janet Miller



beauty systems
group

11/10/2021

Brandon Miller started working at Beauty Systems Group on 10/28/2021.  Currently is employed in our
shipping department working fulltime.

Thanks

Rebecca Ungruhn–HRBP

Beauty Sytems Group

DISTRIBUTION
GREENVILLE
5805 Jaysville Street
St. John's Road
Greenville, OH 45331
phone: 937.548.7027
fax: 937.548.8481

SPARTANBURG
310 John Martin Road
Spartanburg, SC 29303
phone: 864.576.9773
fax: 864.576.7658

Beauty Systems Group, Inc.

**FOR THE BUSINESS OF BEAUTY**